Moody & Warner, P.C.
4169 Montgomery Blvd. NE
Albuquerque, New Mexico 87109
(505) 944-0033
Tax I.D. #65-1176077



|  | Page: 1 |
|---|---|
| Barbara Jeana Walton | May 04, 2004 |
| 1004 Parkway Drive | Account No: 314-001M |
| Reading  PA  19605 | Statement No:         1 |

WASTE MANAGEMENT OF NM, INC.

### Fees

|  |  |  | Hours |
|---|---|---|---|
| 12/27/01 | WW | Prepared letter to client and fee agreement; legal research regarding after acquired evidence doctrine at summary judgment stage; | 2.00 |
| 02/07/02 | WW | Reviewed  agreement from client; prepared letter to client; reviewed notes regarding opposing counsel's request for extension and noted new date for answer; | 0.50 |
| 02/11/02 | WW | Updated docket regarding answer; | 0.10 |
| 02/26/02 | WW | Voice mail from client regarding status; | 0.10 |
| 02/28/02 | WW | Voice mail from client regarding status; conferred with attorney C. Moody regarding status; | 0.20 |
| 03/05/02 | WW | Telephone conference with client regarding status (.2); organized clients documents (.2); reviewed docket sheet and located answer (.2); telephone call to Attorney L. Wiggins regarding answer (.1); telephone conference with Amanda in L. Wiggins office regarding answer (.1); reviewed answer (.2); | 1.00 |
| 03/14/02 | WW | Reviewed initial scheduling order and docketed/calendared same; | 0.20 |
| 03/18/02 | WW | Prepared letter to client regarding scheduling order; | 0.30 |
| 04/01/02 | WW | Telephone conference with client regarding scheduling order and discovery; | 0.20 |
| 05/13/02 | WW | Worked on IPTR (1.5); drafted PDP (.5); telephone conference with attorney L. Wiggins regrading 'meet and confer' (.1); prepared email to attorney L. Wiggins regarding same (.1); prepared fax to attorney L. Wiggins regrading same (.1); | 2.30 |



EXHIBIT
4

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |    |                                                                                                                                                                                                                                                                  | Hours |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 05/16/02  | WW | Worked on IPTR; reviewed EEOC file and client documents regarding identity of witnesses and documents; voice mail from attorney L. Wiggins regarding PDP schedule;                                                                                               | 2.20  |
| 05/20/02  | WW | Worked on IPTR; reviewed Defendant's inserts to IPTR; various telephone conferences with attorney L. Wiggins regarding PDP and IPTR; reviewed and revised IPTR; email to attorney L. Wiggins regarding IPTR; prepared letter to client regarding PDP, IPTR, claims in the case and damages information; | 1.50  |
| 05/24/02  | WW | Telephone call to client regarding status;                                                                                                                                                                                                                     | 0.10  |
| 06/03/02  | WW | Voice mail from client regarding status; prepared for scheduling conference; attended scheduling conference;                                                                                                                                                    | 1.60  |
| 06/08/02  | WW | Prepared for meeting with client and met with client regarding employment history, claims in case, witnesses and other matters pertaining to initial disclosures, discussed scheduling conference;                                                              | 2.10  |
| 06/10/02  | WW | Reviewed client documents and identified potential exhibits; finalized initial disclosures;                                                                                                                                                                     | 2.70  |
| 06/11/02  | WW | Reviewed cert of service and initial disclosures;                                                                                                                                                                                                               | 0.20  |
| 06/14/02  | WW | Reviewed IPTR from court; prepared letter to court requesting to reschedule settlement conference;                                                                                                                                                              | 0.20  |
| 06/19/02  | WW | Telephone call to attorney L. Wiggins, prepared fax to attorney L. Wiggins regarding dismissal of hostile environment claim and rescheduling settlement conference; prepared stipulated dismissal; prepared letter to court requesting change in settlement conference date; | 0.70  |
| 06/20/02  | WW | Voicemail from attorney L. Wiggins regarding dismissal of claims and rescheduling settlement conference;                                                                                                                                                        | 0.10  |
| 06/21/02  | WW | Telephone conference with attorney L. Wiggins regarding stipulated dismissal of hostile environment claims and related factual issues; prepared letter to attorney L. Wiggins regarding same; reviewed docket regarding settlement conference and revised letter to |       |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  |  | Judge Svet regarding same; | 0.80 |
| 06/24/02 | WW | Telephone conference with client regarding date of settlement conference and deposition; finalized letter to court regarding same and prepared telecopies to opposing counsel regarding same; | 0.20 |
| 07/02/02 | WW | Prepared letter to client regarding discovery requests; | 0.20 |
| 07/12/02 | WW | Reviewed discovery requests and telephone conference with client regarding same; worked on draft discovery answers; | 1.00 |
| 07/23/02 | WW | Worked on discovery responses; | 0.80 |
| 07/24/02 | WW | Email to/from attorney L. Wiggins regarding extension; telephone conference with attorney L. Wiggins regarding extension; prepared letter confirming same; | 0.50 |
| 07/25/02 | WW | Worked on discovery answers regarding mitigation; | 2.00 |
| 07/26/02 | WW | Worked on discovery answers regarding mitigation; worked on interrogatories regarding witnesses; prepared letter to client regarding job applications; reviewed deposition notice; | 2.10 |
| 07/29/02 | WW | Reviewed case documents; reviewed damages calculations; reviewed complaint and initial disclosures; prepared settlement letter to court; prepared email to client regarding same; conferred with attorney C. Moody regarding settlement value; | 5.20 |
| 07/30/02 | WW | Telephone conference with client regarding settlement issues and offer; conferred with attorney K. Majoros regarding disqualification of attorney Majoros because of status as witness and reviewed NM rules of professional conduct regarding lawyer as witness and imputed disqualification; reviewed complaint and answer regarding possible waiver by putting privileged communication at issue; legal research regarding waiver of privilege; extensively reviewed client documents for answering discovery and made notes for client; | 7.00 |
| 07/31/02 | OFT | Worked on documents for production; | 0.50 |
|  | WW | Reviewed additional client documents; worked |  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  | Hours |
|---|---|---|
| | on discovery answers; prepared various email messages with questions to client regarding same; reviewed EEOC file; reviewed Defendant's EEOC position statement in detail; started draft of interrogatories and RFP to defendant; | 5.40 |
| 08/01/02 WW | Worked on discovery answers; telephone conference with client regarding questions about documents and issues in the case; revised discovery answers; worked on requests for production and interrogatories to defendant; | 4.20 |
| 08/02/02 WW | Telephone conference with client regarding discovery responses and additional documents; revised discovery responses; | 2.10 |
| 08/05/02 WW | Revised interrogatory answers; reviewed additional client documents and prepared documents for document production; finalized interrogatory answers; | 4.20 |
| 08/06/02 WW | Prepared certificate of service and fax to opposing counsel regarding interrogatory answers; worked on document production; telephone conference with attorney L. Wiggins regarding settlement; prepared letter to Judge Svet regarding settlement; | 2.80 |
| 08/07/02 WW | Prepared supplemental answers and document production regarding job search; | 3.80 |
| 08/08/02 WW | Attended settlement conference; prepared for client deposition; worked on discovery requests to Defendant; telephone conferences with attorneys L. Wiggins and K. Majoros regarding lawyer as witness, possible disqualification as counsel, agreement to proceed with deposition; | 7.30 |
| 08/09/02 WW | Meeting with client and attended client's deposition, debriefed with client after deposition; | 12.20 |
| 08/14/02 WW | Worked on discovery requests to defendant; prepared email to client regarding same; | 0.70 |
| 08/15/02 WW | Reviewed fax from client regarding RFP and Interrogatories to defendant; telephone conference with client regarding same; revised RFP and Interrogatories to defendant and prepared certificate of service regarding same; prepared second supplemental response to defendant's RFP to plaintiff and certificate | |

Page: 5

Barbara Jeana Walton

May 04, 2004
Account No: 314-001M
Statement No:        1

WASTE MANAGEMENT OF NM, INC.

|  |  | | Hours |
|---|---|---|---|
|  |  | of service regarding same; telephone conference with Ms. C. LeSage regarding job offer from WMI; prepared email to client regarding Ms. LeSage's statement; prepared affidavit for Ms. LeSage; conferred with attorney C. Moody regarding same; telephone conference with client regarding same; email to/from client regarding Dr. Bonner; | 2.10 |
| 08/16/02 | WW | Reviewed and revised LeSage affidavit and prepared fax to Ms. LeSage regarding same; prepared third supplemental answers to RFP and second supplemental answers to interrogatories; | 0.50 |
| 08/20/02 | WW | Conferred with law clerk regarding motion to disqualify issues; reviewed and prepared changes to LeSage affidavit and telephone call to Ms. LeSage regarding same; revised damage calculations and prepared front pay calculations revised answers to interrogatories and RFP regarding same; | 1.40 |
| 08/21/02 | WW | Telephone conference with client regarding current job title, reviewed job offer letter, revised damage calculations; email with Ms. C. LeSage regarding affidavit; | 1.00 |
| 08/22/02 | WW | Located address and phone for witness K. Rons and left message for same; | 0.30 |
|  | RS | Legal research regarding case law on disqualification of attorney who will be called as a witness; | 2.50 |
| 08/23/02 | WW | Reviewed correspondence from attorney K. Majoros regarding contact with witness K. Rons; conferred with attorney C. Moody regarding supplemental discovery responses and motion to disqualify; revised and finalized supplemental discovery responses; legal research regarding communication with represented party, shepardized cases and prepared response letter to attorney Majoros regarding informal discovery; telephone conference with attorney K. Majoros regarding informal discovery and supplemental discovery responses; reviewed documents regarding potential witnesses; located contact information for some witnesses and attempted to call S. Raymond and D. Lightner; | 3.80 |
| 08/26/02 | WW | Conferred with attorney C. Moody regarding status; prepared letter to opposing counsel |  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  |  | regarding original copies of LeSage affidavit; | 0.40 |
| 08/28/02 | WW | Reviewed deposition exhibits for client to review along with transcript; | 0.20 |
| 08/30/02 | WW | Conferred with attorney C. Moody regarding informal discovery; | 0.20 |
|  | CMM | Conferred with attorney W. Warner regarding informal discovery; | 0.20 |
| 09/03/02 | WW | Reviewed letter from attorney K. Majoros regarding informal discovery and prepared response; | 0.40 |
| 09/06/02 | WW | Reviewed letter from attorney K. Majoros regarding defendant's discovery responses; telephone conference with Ms. Majoros regarding same and related matters; prepared draft letter to court regarding discovery dispute; | 0.50 |
| 09/11/02 | WW | Telephone conference with client regarding review of deposition and procedure for noting changes; | 0.40 |
| 09/13/02 | WW | Various telephone conferences with attorney K. Majoros regarding telephonic hearing and interrogatories; telephone conference with J. Svet's secretary regarding date for hearing; | 0.20 |
| 09/18/02 | WW | Voice mail from attorney J. Chasson regarding discovery answers; voice mail to attorney J. Chasson regarding same; telephone conference with attorney J. Chasson regarding discovery answers and discovery period and request for depositions; forwarded email regarding protective order to J. Chasson. | 0.30 |
| 09/23/02 | WW | Prepared for telephonic hearing regarding ex parte communication; telephone conference with J. Svet and attorney K. Majoros regarding contact with former managerial employees; prepared order regarding same; | 1.20 |
| 09/26/02 | WW | Conferred with attorney C. Moody regarding status; telephone call to K. Majoros regarding approval of order; | 0.30 |
|  | CMM | Conferred with attorney W. Warner regarding status; | 0.20 |
| 09/27/02 | WW | Reviewed order regarding contact with employees and telephone call to attorney K. |  |

```
                                                                    Page:    7
        Barbara Jeana Walton                                  May 04, 2004
                                                        Account No: 314-001M
                                                        Statement No:       1

    WASTE MANAGEMENT OF NM, INC.
```

|            |    |                                                                                                                                                              | Hours |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |    | Majoros regarding same;                                                                                                                                       | 0.20  |
| 09/30/02   | WW | Telephone conference with client regarding deposition changes; reviewed second set of interrogatories;                                                        | 0.30  |
| 10/01/02   | WW | Voice mail from/to attorney J. Chasson regarding protective order; email regarding same; prepared letter to client regarding deposition correction extension and interrogatories; | 0.40  |
| 10/02/02   | WW | Email from J. Chasson regarding protective order;                                                                                                             | 0.20  |
| 10/03/02   | WW | Reviewed proposed protective order and prepared email to attorney J. Chasson regarding concerns with same;                                                    | 0.80  |
| 10/07/02   | WW | Reviewed defendant's answers to request for production;                                                                                                       | 0.20  |
| 10/18/02   | WW | Voice mail to/from attorney J. Chasson regarding protective order; reviewed fax from attorney K. Majoros regarding deposition schedule and began making arrangements for depositions; | 0.50  |
| 10/21/02   | WW | Reviewed revised protective order and prepared revision to same; prepared email to attorney K. Majoros regarding same; prepared motion and order to extend discovery deadlines; | 1.00  |
| 10/22/02   | WW | Email with attorney K. Majoros regarding protective order; reviewed changes to PO and accepted same;                                                          | 0.30  |
| 10/23/02   | WW | Reviewed email from attorney K. Majoros regarding stipulated protective order and discovery extensions;                                                       | 0.20  |
| 10/24/02   | WW | Reviewed revised motion and order regarding discovery and finalized same for filing; email to attorney K. Majoros regarding same;                             | 0.30  |
| 10/25/02   | WW | Worked on answers to defendant's second discovery requests; email to/from attorney K. Majoros regarding protective order, finalized and prepared for submission; | 4.30  |
| 10/28/02   | WW | Worked on answers to second interrogatories; telephone conference with attorney K. Majoros regarding deadline for response;                                   | 4.50  |

Barbara Jeana Walton

Page: 8
May 04, 2004
Account No: 314-001M
Statement No:          1

WASTE MANAGEMENT OF NM, INC.

|            |    |                                                                                                                                                                                                                                                                            | Hours |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 10/30/02 WW | | Finalized answers to defendant's second interrogatories; voice mail and email to client regarding same; | 2.70 |
| 10/31/02 WW | | Read plaintiff's deposition for corrections; | 3.50 |
| 11/01/02 WW | | Prepared letter to attorney K. Majoros regarding discovery answers and reviewed response regarding same; emailed request for G. Kachirisky deposition; finished review of plaintiff's deposition; telephone conference with client regarding corrections to deposition and prepared deposition correction sheet; | 6.10 |
| 11/03/02 WW | | Reviewed client's changes to deposition correction sheet; email to office regarding same; | 0.30 |
| 11/04/02 WW | | Telephone conference with client regarding deposition corrections; reviewed and finalized correction sheet; | 1.90 |
| 11/07/02 WW | | Worked on travel arrangements; reviewed letter from court reporter; reviewed letter and documents supplied by WMI regarding Casey Conrad; telephone conference with Becky in attorney K. Majoros' office regarding whether additional documents will be produced; | 0.50 |
| 11/08/02 WW | | Voice mail from attorney K. Majoros regarding deposition of George Kachirisky and issue regarding client; | 0.10 |
| 11/11/02 WW | | Telephone conference with Becky in attorney K. Majoros office; | 0.10 |
| 11/12/02 WW | | Received signed deposition correction sheet; voice mail from attorney K. Majoros; | 0.20 |
| 11/13/02 WW | | Reviewed communication regarding deposition of G. Kachirisky; | 0.20 |
| 11/14/02 WW | | Telephone conference with attorney K. Majoros regarding depositions; prepared joint motion for limited extension for depositions; | 1.00 |
| 11/15/02 WW | | Voice mail from Judge Svet's secretary regarding approval of order; telephone conference with Becky in attorney K. Majoros' office regarding same and email to Becky regarding same; | 0.20 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |    |                                                                                                                                                                                                                                                                                         | Hours |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/18/02   | WW | Worked on deposition scheduling;                                                                                                                                                                                                                                                         | 0.30  |
| 11/19/02   | WW | Worked on deposition preparation of M. Feuer and P. O'Niell;                                                                                                                                                                                                                             | 1.60  |
| 11/20/02   | WW | Worked on deposition preparation M. Feuer and P. O'Niell;                                                                                                                                                                                                                                | 10.50 |
| 11/21/02   | WW | Deposed M. Feuer;                                                                                                                                                                                                                                                                        | 10.50 |
| 11/22/02   | WW | Deposed P. O'Niell and prepared for deposition regarding same; conferred with attorney C. Moody regarding depositions and supplemental pleading to add a claim of spoliation of evidence; legal research regarding spoliation of evidence; drafted supplemental complaint and motion for leave to supplement complaint; | 6.60  |
| 11/27/02   | WW | Telephone call to attorney K. Majoros regarding position on motion to supplement; reviewed and revised motion to supplement and supplemental complaint; prepared deposition exhibit to go with motion; reviewed defendant's supplemental interrogatory answers; | 2.70  |
| 12/02/02   | WW | Reviewed letter from attorney K. Majoros regarding plaintiff's documents;                                                                                                                                                                                                                | 0.20  |
| 12/05/02   | WW | Telephone conference with client regarding depositions, motion to supplement complaint and related matters; prepared for K. Rons deposition; reviewed additional documents produced by defendant; telephone conference with Becky in attorney Majoros office regarding deposition of G. Kachirisky; | 7.50  |
| 12/06/02   | WW | Travel to/from Phoenix; deposed K. Rons;                                                                                                                                                                                                                                                 | 10.60 |
| 12/12/02   | WW | Organized documents for deposition of Kachirisky; reviewed deposition testimony in contemplation of additional testimony from M. Feuer and P. O'Niell regarding C. LeSage;                                                                                                                | 1.00  |
| 12/13/02   | WW | Prepared for G. Kachirisky deposition;                                                                                                                                                                                                                                                   | 2.50  |
|            | WW | Deposed G. Kachirisky;                                                                                                                                                                                                                                                                   | 2.50  |
| 12/17/02   | WW | Reviewed response to motion to supplement the complaint; conferred with attorney C. Moody regarding litigation status;                                                                                                                                                                   | 0.20  |
| 12/18/02   | WW | Prepared depositions and documents for filing and mailing to client;                                                                                                                                                                                                                    | 0.30  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
| 12/20/02 WW | Reviewed Defendant's response to Plaintiff's motion to amend the complaint; worked on reply to motion to amend; | | 1.50 |
| 12/27/02 WW | Prepared affidavit for client regarding destruction of documents; finalized reply to motion to supplement and exhibits; prepared notice of completion of briefing; | | 3.00 |
| 01/07/03 WW | Telephone conference with attorney K. Majoros regarding outstanding issue and extension of page limits and exhibits to pleadings associated with motion for summary judgment; | | 0.20 |
| 01/09/03 WW | Worked on supplemental discovery answers; | | 2.50 |
| WW | Exchanged messages with attorney K. Majoros regarding motion for summary judgment; | | 0.20 |
| WW | Telephone conference with client regarding deposition testimony in the case; | | 0.60 |
| 01/10/03 WW | Finalized supplemental discovery answers and email to attorney K. Majoros regarding same; | | 0.60 |
| 01/18/03 WW | Reviewed defendant's motion for summary judgment and began work on disputed statement of facts; email to attorney K. Majoros regarding supplemental discovery of applicant flow log; | | 4.50 |
| RS | Review of defendants motion for summary judgment; | | 1.70 |
| 01/19/03 WW | Worked on statement of disputed facts for response to motion for summary judgment; worked on disparate treatment and retaliation argument sections of response to motion for summary judgment; email responses from attorney K. Majoros regarding exhibits to motion for summary judgment; email to client regarding affidavit and additional facts; | | 7.00 |
| RS | Legal research regarding McKenzie FLSA case cited by defendant in motion; read and reviewed; | | 1.30 |
| 01/20/03 WW | Worked on facts section of response to motion for summary judgment and email with attorney K. Majoros regarding number of exhibits; | | 2.80 |
| 01/21/03 WW | Reviewed order granting motion to amend complaint to add spoliation of evidence claim; prepared amended complaint; email to attorney | | |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |    |                                                                                                                                                                                                                                                                                               | Hours |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |    | K. Majoros regarding discovery on new claim;                                                                                                                                                                                                                                                   | 1.10  |
| 01/22/03   | WW | Telephone conference with Ms. J. Walton; worked on response to motion for summary judgment;                                                                                                                                                                                                     | 1.30  |
|            | RS | Conference with attorney W. Warner on discovery development on intentional spoliation and new motion dates;                                                                                                                                                                                     | 1.00  |
| 01/23/03   | WW | Various telephone conferences and emails with opposing counsel regarding supplemental discovery regarding spoliation claim and deadline for responding to motion for summary judgement; prepared draft additional PDP regarding same; worked on response to motion for summary judgment;        | 2.10  |
|            | RS | Deposition review of Ms. J. Walton;                                                                                                                                                                                                                                                            | 0.90  |
| 01/24/03   | WW | Reviewed revised supplemental PDP and approved same; conferred with attorney R. Stanford regarding discovery on spoliation claim;                                                                                                                                                               | 0.70  |
| 01/27/03   | WW | Email to client regarding extensions; telephone conference with client regarding new discovery period and related matters;                                                                                                                                                                     | 0.50  |
| 01/28/03   | WW | Reviewed stipulation and order and prepared email regarding same;                                                                                                                                                                                                                              | 0.30  |
| 01/29/03   | WW | Various telephone calls to and from attorney K. Majoros regarding status of motion for summary judgment;                                                                                                                                                                                        | 0.20  |
| 01/30/03   | WW | Various telephone conferences and email with attorney K. Majoros regarding contacting J. Svet as to status of defendant's motion for summary judgment;                                                                                                                                          | 0.50  |
|            | RS | Drafted interrogatories and requests for production regarding spoilation claim;                                                                                                                                                                                                                | 2.10  |
| 01/31/03   | WW | Reviewed and revised discovery requests to defendant regarding spoilation claim; voice mail from client regarding supplemental discovery plan;                                                                                                                                                   | 0.80  |
| 02/03/03   | WW | Voice mail and telephone call to client; telephone conference with client regarding supplemental discovery plan;                                                                                                                                                                                | 0.40  |
| 02/06/03   | WW | Email to attorney K. Majoros regarding response to motion for summary judgment and                                                                                                                                                                                                              |       |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |     |                                                                                                                                                                                                            | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | documents;                                                                                                                                                                                                 | 0.10  |
| 02/07/03   | WW  | Email to client regarding discovery;                                                                                                                                                                       | 0.10  |
| 02/17/03   | WW  | Email to attorney K. Majoros regarding request for Apodaca deposition;                                                                                                                                     | 0.10  |
| 02/18/03   | WW  | Email from attorney K. Majoros regarding depositions;                                                                                                                                                      | 0.10  |
| 02/19/03   | RS  | Reviewed deposition of M. Feuer;                                                                                                                                                                            | 2.80  |
| 02/20/03   | WW  | Communication with opposing counsel regarding depositions and documents regarding spoliation claim; conferred with attorney R. Stanford regarding same;                                                    | 0.30  |
|            | RS  | Deposition review of Patti O'Niell;                                                                                                                                                                         | 2.00  |
| 02/21/03   | RS  | Legal research regarding record keeping requirements under Ex.Order 11246;                                                                                                                                  | 0.40  |
| 02/24/03   | WW  | Email regarding deposition; conferred with attorney R. Stanford regarding same;                                                                                                                            | 0.20  |
|            | RS  | Reviewed deposition of Marlene Feuer and Patti O'Neill; legal research regarding intentional spoliation;                                                                                                    | 4.10  |
| 02/25/03   | WW  | Telephone conference with attorney J. Chasson regarding depositions; email with client regarding same;                                                                                                     | 0.30  |
| 02/26/03   | WW  | Email from client regarding deposition; email to attorney J. Chasson regarding same; email to client regarding same;                                                                                       | 0.20  |
| 02/27/03   | WW  | Reviewed deposition notice and email to client confirming same;                                                                                                                                            | 0.20  |
| 02/28/03   | WW  | Email from client regarding status of depositions;                                                                                                                                                         | 0.10  |
| 03/03/03   | WW  | Telephone conference with attorney J. Chasson regarding rescheduling Connie Apodaca deposition; email regarding same; confirmed same with attorney R. Stanford; worked on responses to discovery requests; conferred with attorney R. Stanford regarding same; | 1.00  |
| 03/05/03   | WW  | Email regarding deposition schedule; telephone conference with client regarding preparation for deposition;                                                                                                | 0.30  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |    |                                                                                                                                                                                                                                                           | Hours |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 03/06/03   | WW | Telephone conference with client regarding deposition preparation (2.0); conferred with attorney R. Stanford regarding same (.3);                                                                                                                               | 2.30  |
|            | RS | Reviewed deposition of K. Rons;                                                                                                                                                                                                                                | 2.30  |
| 03/07/03   | WW | Voice mail from attorney J. Chasson regarding response to Requests for Production; finalized responses to Requests for Production and Interrogatories; reviewed defense documents for deposition; attended deposition of client; conferred with attorney R. Stanford regarding deposition; telephone conference with client following deposition regarding same; | 3.50  |
| 03/10/03   | RS | Telephone conference with counsel on deposition reschedule(s);                                                                                                                                                                                                  | 0.50  |
| 03/11/03   | WW | Telephone conference with attorney R. Stanford regarding scheduling;                                                                                                                                                                                           | 0.10  |
| 03/14/03   | WW | Email regarding deposition schedule;                                                                                                                                                                                                                           | 0.10  |
| 03/17/03   | WW | Voice mail from court reporter regarding delivery of deposition;                                                                                                                                                                                               | 0.10  |
| 03/19/03   | RS | Review of Defendant's discovery responses; telephone conference with attorney J. Chasson on responses;                                                                                                                                                         | 2.00  |
|            | RS | Review of P. O'Neil and K. Rons deposition on document destruction;                                                                                                                                                                                            | 1.40  |
| 03/20/03   | WW | Reviewed orders and proposed orders regarding page limits of motion for summary judgment; reviewed part of defendant's response to plaintiff's discovery requests regarding spoliation of evidence claim; reviewed order regarding deadline for discovery motions regarding spoliation evidence; | 0.30  |
|            | RS | Document review in preparation for depositions of Kim Zamora and Connie Apodaca;                                                                                                                                                                               | 5.80  |
| 03/21/03   | WW | Reviewed orders and proposed orders regarding page limits of motion for summary judgment; reviewed part of Defendant's response to Plaintiff's discovery requests regarding spoliation of evidence claim; reviewed order regarding deadline for discovery motions regarding spoliation evidence; attended depositions of K. Zamora and C. Apodaca; | 5.80  |
|            | RS | Preparation of exhibits for depositions;                                                                                                                                                                                                                       |       |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  |  | depositions of C. Apodaca and K. Zamora; | 8.30 |
| 03/26/03 | WW | Prepared fee agreement with new firm and letter to client; | 0.20 |
|  | RS | Deposition review of C. Apodaca and K. Zamora; | 0.70 |
| 04/02/03 | WW | Reviewed Defendant's response to Plaintiff's request for production; worked on motion to compel and discussed motion to compel with attorney R. Stanford; | 1.20 |
|  | RS | Legal research regarding spoliation of evidence; review of depositions of C. Apodaca, K. Zamora, and J. Walton, Vol. II; draft of notes on depositions; | 3.20 |
| 04/03/03 | WW | Reviewed order granting extensions and setting settlement conference; began reviewing motion for summary judgment issues and documents; conferred with attorney R. Stanford regarding division of response to the motion; worked on response to motion for summary judgment; | 2.50 |
| 04/04/03 | WW | Worked on response to motion for summary judgment; | 4.50 |
|  | RS | Telephonic conference with Jill Chasson; | 0.20 |
| 04/07/03 | WW | Worked on response to motion for summary judgment; | 5.50 |
| 04/09/03 | WW | Worked on response to motion for summary judgment; | 1.50 |
|  | RS | Legal research regarding spoliation; deposition review; EEOC file review; | 2.10 |
| 04/10/03 | WW | Worked on response to motion for summary judgment; telephone conference with attorney J. Chasson regarding motion to compel; | 2.00 |
|  | RS | Deposition review on spoliation; draft of spoliation section; legal research regarding spoliation of evidence and proof of intent; | 4.30 |
| 04/11/03 | WW | Worked on response to motion for summary judgment; conferred with attorney R. Stanford regarding motion to compel; | 5.90 |
|  | RS | Review of Walton deposition on spoliation; | 1.00 |
| 04/12/03 | WW | Worked on response to motion for summary judgment; | 10.20 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
| 04/13/03 | WW | Worked on response to motion for summary judgment; | 9.80 |
|  | RS | Draft of spoliation claim in response to motion for summary judgment; deposition review for spoliation claim; review of EEOC file; revised and reviewed deposition cites in statement of facts; | 7.20 |
| 04/14/03 | RS | Revised draft on spoliation claim; deposition and exhibit review; statement of facts review and revision; | 8.10 |
|  | RS | Reviewed discovery letter from attorney J. Chasson and materials included; | 0.40 |
|  | WW | Worked on response to motion for summary judgment; | 8.50 |
| 04/15/03 | RS | Final revisions to response of summary judgment; deposition cite checks; exhibit review; | 6.00 |
|  | WW | Finalized motion for summary judgment and exhibits; letter to attorney K. Majoros producing client's day timers; | 2.10 |
|  | CMM | Researched and drafted portion of summary judgment response regarding punitive damages; | 2.00 |
| 04/18/03 | WW | Telephone call to/from attorney J. Chasson regarding filing response under seal; | 0.10 |
| 04/21/03 | WW | Reviewed motion and order to extend deadline for reply; | 0.10 |
| 04/25/03 | WW | Email with client regarding settlement conference; prepared letter to court requesting change in date; | 0.30 |
| 05/08/03 | WW | Telephone conference with attorney J. Chasson regarding PTO; revised PTO; voice mail from J. Chasson and email to J. Chasson regarding settlement issues; | 1.30 |
| 05/12/03 | WW | Reviewed and revised stipulated facts for PTO; telephone conference with attorney J. Chasson regarding same; reviewed defendant's portion of PTO and reviewed witness identification throughout the case; email to attorney J. Chasson excepting to J. Hammer as witness; various email and voice mail with attorney J. Chasson regarding additional defense witnesses and objections; | 1.80 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |     |                                                                                                                          | Hours |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|
| 05/13/03   | WW  | Email with client regarding settlement conference;                                                                       | 0.10  |
| 05/14/03   | WW  | Email with attorney J. Chasson regarding private mediation;                                                               | 0.20  |
| 05/15/03   | WW  | Email with client regarding private mediator; various email regarding private mediator; letter to court regarding vacating conference; | 0.50  |
| 05/16/03   | WW  | Email with attorney J. Chasson regarding letter to judge; revised letter to judge; email to client regarding mediation;   | 0.30  |
| 05/19/03   | WW  | Email with client regarding mediation; conferred with attorney C. Moody regarding settlement issues and strategy;         | 1.00  |
| 05/21/03   | WW  | Email with client regarding mediation;                                                                                   | 0.10  |
| 05/28/03   | WW  | Scheduled meeting with client to prepare for deposition; drafted mediation letter and conferred with attorney C. Moody regarding mediation strategy; | 2.30  |
| 05/29/03   | CMM | Reviewed and revised settlement letter to mediator; conference with attorney W. Warner regarding mediation issues;        | 2.00  |
|            | WW  | Reviewed and revised mediation letter and prepared exhibits; prepared for mediation;                                      | 4.50  |
| 05/30/03   | WW  | Meeting with client regarding mediation;                                                                                  | 1.50  |
| 06/02/03   | WW  | Attended mediation with client and attorney R. Stanford; research regarding other cases against WMI;                      | 8.10  |
|            | RS  | Settlement conference with Waste Management;                                                                              | 8.10  |
| 06/06/03   | WW  | Reviewed letter from J. Scott regarding settlement conference; email to attorney J. Chasson regarding same;               | 0.20  |
| 06/09/03   | WW  | email from attorney J. Chasson regarding settlement conference;                                                           | 0.10  |
| 06/10/03   | WW  | Various telephone conferences with attorney J. Chasson regarding settlement conference and settlement issues;             | 0.30  |
| 06/11/03   | WW  | Analyzed settlement position and settlement factors;                                                                     | 0.50  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |    |                                                                                                                                                                                                | Hours |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 06/12/03   | WW | Telephone conference with attorney J. Chasson and Carla of J. Scott's office regarding scheduling settlement conference; email to client regarding same;                                        | 0.20  |
| 06/16/03   | WW | Email from attorney J. Chasson regarding settlement conference;                                                                                                                                 | 0.10  |
| 06/17/03   | WW | Telephone conference with attorney J. Chasson and Carla regarding settlement conference dates and email to client regarding same;                                                               | 0.20  |
| 07/01/03   | WW | Email with attorney J. Chasson regarding settlement conference;                                                                                                                                 | 0.20  |
| 07/11/03   | WW | Reviewed order setting settlement conference and email to client regarding same;                                                                                                               | 0.10  |
| 08/04/03   | WW | Conferred with attorney C. Moody regarding adding defendant; legal research regarding Waste Management Inc.; legal research regarding joinder or amendment to join party;                        | 2.00  |
| 08/05/03   | WW | Reviewed information regarding identity of parent company; legal research regarding whether jury can consider net worth of parent company who is not a named defendant in setting punitive damages; | 2.00  |
| 08/08/03   | WW | Various email with client regarding settlement issues and damages calculations; reviewed settlement letter for J. scott; worked on motion to amend to add WMI;                                  | 2.00  |
| 08/11/03   | RS | Read and reviewed deposition testimony in regards to testimony evidencing single employer status of Waste Management Inc; conference with attorney W. Warner on single employer strategy;       | 3.90  |
|            | WW | Conferred with attorney R. Stanford regarding motion to amend to add WMI;                                                                                                                        | 0.30  |
| 08/12/03   | RS | Read and reviewed remaining depositions to identify testimony evidencing single employer status;                                                                                                | 2.60  |
| 08/13/03   | WW | Legal research regarding single-employer status between parent and subsidiary companies;                                                                                                         | 2.00  |
| 08/14/03   | WW | Voice mail from attorney J. Chasson regarding third supplemental responses to RFP and discussed same with legal assistant; email to                                                             |       |

Barbara Jeana Walton

Page: 18
May 04, 2004
Account No: 314-001M
Statement No:        1

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | | attorney J. Chasson regarding waiver of opening statements at mediation; | 0.30 |
| 08/18/03 | WW | Email to/from attorney R. Stanford regarding settlement letter; | 0.10 |
| 08/22/03 | WW | Worked on motion to amend; | 1.00 |
| 08/25/03 | RS | Telephone conference with Walton regarding scheduling change; | 0.20 |
| 08/26/03 | RS | Telephone conference with client Walton regarding settlement conference; | 0.40 |
| 08/29/03 | WW | Meeting with client regarding status of case; | 0.50 |
| 09/30/03 | WW | Discussed trial strategy with attorney C. Moody; | 0.20 |
|  | CMM | Conference with attorney W. Warner regarding trial strategy; | 0.20 |
| 10/08/03 | WW | Email with attorney J. Chasson regarding settlement conference; | 0.10 |
| 10/09/03 | WW | Email with attorney J. Chasson regarding settlement conference; | 0.20 |
| 10/23/03 | WW | Reviewed letter offering settlement and discussed settlement issues with attorneys R. Stanford and C. Moody; | 0.30 |
| 10/27/03 | WW | Email to client regarding settlement; | 0.10 |
| 10/28/03 | WW | Telephone conference regarding settlement; drafted letter to attorney J. Chasson regarding same; discussed motion to amend with attorney R. Stanford; | 0.30 |
|  | RS | Legal research single employer status; reviewed Tenth Circuit cases and applicable standards; | 3.10 |
| 10/29/03 | RS | Document review for motion to amend; reviewed case law on single employer test; drafted motion section on employer status WMI: | 6.70 |
|  | WW | Email from attorney J. Chasson regarding settlement and amended complaint; discussed same with attorneys R. Stanford and C. Moody; prepared response; | 0.50 |
| 10/30/03 | WW | Forwarded emails regarding settlement to client; | 0.10 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  | | Hours |
|---|---|---|---|
| | RS | Reviewed deposition of K. Rons and J. Walton; reviewed defendant Waste Management website; draft of motion to amend; | 6.20 |
| 10/31/03 | WW | Email from client regarding settlement; worked on motion to amend complaint; | 1.40 |
| | RS | Revised draft of motion; | 3.90 |
| 11/01/03 | WW | Worked on motion to amend; | 1.20 |
| 11/03/03 | WW | Finalized motion to amend; | 1.50 |
| | RS | Finalized changes to Motion to Add WMI as Defendant in lawsuit; prepared exhibits and deposition testimony; | 2.40 |
| 11/04/03 | RS | Email conference with attorney J. Chasson regarding exhibit list for motion to amend; | 0.20 |
| 11/10/03 | WW | Reviewed order setting settlement conference; prepared letter to court regarding rescheduling; | 0.20 |
| 11/18/03 | WW | Reviewed court order setting settlement conference and email to client regarding same; | 0.20 |
| 11/19/03 | WW | Reviewed order resetting settlement conference again; various email with client regarding same; | 0.30 |
| 11/26/03 | RS | Reviewed response to motion to amend complaint; | 0.40 |
| 12/09/03 | WW | Worked on reply to motion to amend complaint; | 3.90 |
| 12/10/03 | WW | Worked on reply to motion to amend complaint; legal research regarding single employer status; | 4.50 |
| 12/11/03 | RS | Legal research holding companies, single employer status under Title VII; reviewed response to motion to amend; drafted reply section on single employer status regarding intermediary holding company; | 4.10 |
| | WW | Worked on reply to motion to amend; research regarding defendant's relationship to WMI as of 2000 or 2001; research regarding single employer status; | 5.50 |
| 12/12/03 | WW | Telephone conference with attorney J. Chasson regarding extension; worked on reply to motion to amend; | 7.20 |

Barbara Jeana Walton

Page: 20
May 04, 2004
Account No: 314-001M
Statement No:          1

WASTE MANAGEMENT OF NM, INC.

| Date | | Description | Hours |
|------|------|-------------|-------|
| | RS | Conference with attorney W. Warner to reply to motion to amend complaint; | 0.20 |
| 12/15/03 | WW | Finalized reply to motion to amend; telephone conference with P. Watson regarding focus group; | 5.50 |
| 12/17/03 | WW | Discussed strategy and settlement issues with attorney C. Moody; email to client regarding focus group; reviewed focus group proposal and responded; | 0.80 |
| | CMM | Conference with attorney W. Warner regarding strategy and settlement issues; | 0.20 |
| 12/18/03 | WW | Reviewed focus group advertisement; | 0.10 |
| 12/19/03 | WW | Worked on issues for focus group; various email to client regarding same; | 0.30 |
| 12/30/03 | WW | Email to P. Watson regarding focus group; email to client regarding same; email to attorney J. Chasson regarding reply to motion to amend; worked on issues for focus group; reviewed letter from counsel regarding K. Majoros as witness and wavier of privilege as to documents; | 0.80 |
| 12/31/03 | WW | Letter to attorney J. Chasson regarding privileged information and witness attorney K. Majoros; legal research wavier of privilege; worked on settlement letter to J. Schneider; | 2.20 |
| 01/02/04 | WW | Finalized settlement letter to J. Schneider; several emails and documents to review for focus group presentation; discussed panel members with P. Watson; | 1.10 |
| 01/05/04 | WW | Reviewed and revised questionnaire for focus group; reviewed presentation for focus group and modified same; | 2.50 |
| 01/06/04 | WW | Worked on presentation for focus group; | 0.80 |
| 01/07/04 | RS | Reviewed answer and complaint; attended focus group; conference with attorney C. Moody and W. Warner regarding results of focus group; | 4.70 |
| | WW | Worked on presentation for focus group; attended focus group session; | 4.00 |
| | CMM | Attended focus group; | 3.00 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|            |     |                                                                                                                                                                                                                                      | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 01/08/04   | RS  | Conferences with attorney C. Moody and W. Warner regarding focus group conclusions, settlement numbers;                                                                                                                            | 0.90  |
|            | WW  | Discussed settlement strategy and focus group results with attorney R. Stanford; email to client regarding same; discussed trial issues with attorney C. Moody and attorney R. Stanford;                                          | 1.50  |
| 01/09/04   | CMM | Conference with attorney W. Warner regarding settlement issues;                                                                                                                                                                   | 0.40  |
|            | WW  | Telephone conference with client regarding settlement conference; prepared settlement letter to opposing counsel; prepared settlement update letter to Judge Schneider;                                                            | 1.30  |
| 01/12/04   | WW  | Meeting with client and reviewed focus group findings; attended settlement conference and discussed same with client; research regarding remittitur from Judge Hansen;                                                             | 4.50  |
|            | RS  | Reviewed pleadings; conference with client and attorneys C. Moody and W. Warner; attended settlement conference;                                                                                                                  | 4.70  |
|            | CMM | Conference with client regarding case settlement issues;                                                                                                                                                                          | 1.00  |
| 01/14/04   | RS  | Reviewed summary of focus group;                                                                                                                                                                                                 | 1.00  |
|            | WW  | Worked on errata sheet issue regarding vol. 2 of deposition; email to attorney J. Chasson regarding same;                                                                                                                         | 0.20  |
| 01/27/04   | RS  | Emailed opposing counsel regarding K. Majoros deposition; emailed client regarding company events and potential comments made there; conference with attorney W. Warner regarding Waste Management company events and legal research regarding case review on Waste Management for other lawsuits; | 0.70  |
| 01/28/04   | WW  | Reviewed email communication regarding deposition of witness K. Majoros;                                                                                                                                                          | 0.10  |
| 01/30/04   | RS  | Reviewed court docket on summary judgment hearing;                                                                                                                                                                                | 0.10  |
| 02/01/04   | CMM | Began reviewing file and plaintiff's deposition to prepare for deposition of K. Majoros and trial;                                                                                                                                | 3.00  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

Page: 22
May 04, 2004
Account No: 314-001M
Statement No:         1

|  |  |  | Hours |
|---|---|---|---|
| 02/02/04 | CMM | Continued reviewing case file to prepare for deposition and trial; | 2.50 |
|  | WW | Research WMI financial and corporate information and prepared related documents for identification and production that may be used as exhibits at trial; | 2.00 |
| 02/03/04 | CMM | Continued reviewing case file to prepare for deposition and trial; reviewed motion for protective order; | 2.50 |
| 02/04/04 | RS | Legal research regarding remittitur and attorneys fees recovery; | 4.20 |
| 02/05/04 | RS | Reviewed cases cited in defendant's motion for protective order; conference with attorneys W. Warner and C. Moody regarding deposition of attorney K. Majoros; | 2.10 |
| 02/06/04 | CMM | Began drafting response to motion for protective order; | 1.00 |
| 02/08/04 | CMM | Finished reviewing deposition of plaintiff; reviewed various case discovery materials; worked on response to motion for protective order; | 6.50 |
| 02/09/04 | RS | Drafted email to opposing counsel regarding deposition K. Majoros; reviewed previous correspondence regarding same; | 0.20 |
|  | WW | Discussed witness and trial issues with attorney C. Moody; reviewed case deadlines and court instructions; | 1.00 |
|  | CMM | Worked on response to motion for protective order; | 1.50 |
| 02/10/04 | RS | Legal research regarding attorney-client privilege, waiver and scope of privilege; crime-fraud exception; reviewed pleadings regarding P. O'Niell, including EEOC response, affidavits, and deposition testimony; | 6.00 |
|  | RS | Conference with attorney W. Warner and C. Moody regarding communications between Ms. Majoros and Ms. Walton; | 0.30 |
|  | RS | Conference with attorney C. Moody regarding O'Niell's testimony and crime fraud exception; | 0.30 |
|  | CMM | Drafted portions of response to motion for protective order; | 1.50 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

| Date | | Description | Hours |
|---|---|---|---|
| 02/11/04 | RS | Legal research regarding attorney-client privilege and waiver; conference with attorney C. Moody regarding same; | 4.00 |
| | RS | Revised response to motion for protective order; conference with attorney C. Moody regarding response changes; | 2.40 |
| | RS | Emailed attorney J. Chasson regarding K. Majoros deposition; | 0.10 |
| | CMM | Finished drafting response to motion for protective order; reviewed trial setting; | 2.00 |
| | RS | Legal research cases around the country involving Waste Management as defendant in employment discrimination cases; | 2.40 |
| 02/12/04 | WW | Discussed trial, settlement and response to motion for protective order with attorney C. Moody; reviewed and revised response to motion for protective order regarding witness K. Majoros' testimony; | 1.50 |
| | RS | Finalized research and revisions on response to motion for protective order; | 4.20 |
| | CMM | Worked on response to motion for protective order; reviewed legal research materials regarding privilege issue; | 2.50 |
| 02/13/04 | CMM | Finalized response to motion for protective order; | 4.00 |
| 02/16/04 | WW | Email to P. Watson regarding media; conferred with attorneys R. Stanford and C. Moody regarding trial issues and topics to cover in motions in limine; | 1.10 |
| | RS | Conference with attorney C. Moody and W. Warner regarding motions in limine; | 0.40 |
| | RS | Read and reviewed final response to motion for protective order; | 0.50 |
| 02/17/04 | CMM | Reviewed second volume of plaintiff's deposition; begin reviewing documents produced in discovery; | 2.50 |
| 02/18/04 | WW | Reviewed documents and began tagging documents for trial exhibits; | 0.50 |
| 02/19/04 | RS | Email correspondence with attorney J. Chasson regarding deposition of K. Majoros; | 0.20 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | WW | Reviewed documents and began tagging documents for trial exhibits; | 4.00 |
| 02/20/04 | CMM | Reviewed emails regarding deposition of attorney K. Majoros; | 0.20 |
| 02/22/04 | CMM | Continued reviewing case depositions to prepare trial; | 3.00 |
| 02/23/04 | RS | Reviewed deposition testimony of Walton, Feuer, and O'Niell in preparation for motion in limine; | 1.40 |
|  | RS | Reviewed Judge Hansen's instructions on motions in limine in scheduling order; | 0.10 |
|  | RS | Legal research admissibility of EEOC charges; | 1.20 |
|  | WW | Worked on review of documents and identifying exhibits for trial; | 4.00 |
| 02/24/04 | RS | Legal research regarding opinion testimony of attorney and admissibility for motion in limine; | 1.90 |
|  | RS | Drafted motion in limine to exclude opinion testimony of attorney K. Majoros; | 3.50 |
|  | WW | Reviewed motion for summary judgment and exhibits; response and exhibits and outlined argument; reviewed motion to amend on single employer and exhibits; reviewed response and reply; | 5.50 |
| 02/25/04 | WW | Prepared for hearing on motion for summary judgment; recapped results and discussed trial strategy with attorneys R. Stanford and C. Moody; | 7.50 |
|  | RS | Legal research admissibility of after-acquired evidence; | 1.20 |
|  | RS | Legal research admissibility of stray remarks for motion in limine; | 1.30 |
|  | RS | Conference with attorney C. Moody and W. Warner regarding order on summary judgment, damages and jury instructions; | 0.50 |
| 02/26/04 | WW | Discussed motion in limine to exclude evidence of copying documents with attorney R. Stanford; reviewed and revised motion in limine to exclude evidence of Buckwheat statements; | 1.20 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | RS | Drafted motions in limine to exclude alleged comment made by Ms. Walton, to exclude evidence of document copying, and to exclude evidence of EEOC charge; | 5.90 |
|  | RS | Reviewed Judge Hansen's stock jury instructions; began draft of jury instructions; | 2.00 |
| 02/27/04 | RS | Finalized changes to motions in limine; | 3.40 |
|  | RS | Legal research regarding spoliation of evidence; drafted jury instructions on spoilation of evidence; | 1.10 |
|  | RS | Legal research direct liability and vicarious liability under Title VII; drafted jury instruction on punitive damages; | 1.20 |
|  | RS | Draft jury instruction on plaintiff's claims; | 2.10 |
|  | CMM | Reviewed motions in limine; | 1.00 |
|  | WW | Reviewed and revised motion in limine regarding copying documents; reviewed and revised motion in limine regarding previous EEOC charge; received defendant's motion in limine; | 2.50 |
| 02/28/04 | RS | Legal research regarding damages in Title VII and 42 USC 1981; proof elements under Title VII and 42 USC 1981; requirements of jury instructions for indirect evidence; proof requirements of retaliation and definition of protected activity; | 2.80 |
|  | RS | Drafted jury instructions based on legal research findings; | 3.10 |
|  | CMM | Began reviewing trial exhibits; | 3.00 |
|  | WW | Continued reviewing documents and marking exhibits for trial; discussed same with attorney C. Moody; | 4.50 |
| 02/29/04 | CMM | Continued reviewing trial exhibits; | 2.00 |
| 03/01/04 | WW | Reviewed and revised jury instructions; additional legal research regarding same; discussed exhibits with legal assistant and attorney C. Moody; | 6.60 |
|  | RS | Revised jury instructions; legal research regarding nominal damages; protected activity |  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  |  | definition; single employer; retaliation proof under Section 1981; punitive damages in Title VII and Section 1981 claims; Price Waterhouse damage recovery; | 6.20 |
|  | RS | Emails to attorney J. Chasson regarding exhibit list and jury instructions; | 0.40 |
|  | RS | Drafted proposed voir dire questions; | 1.50 |
|  | LA | Pull and copy exhibits for trial notebook; | 7.50 |
| 03/02/04 | WW | Conferred with attorneys R. Stanford and C. Moody regarding status of pretrial deadlines and related matters; discussed court's requested settlement conference and position on same; | 0.40 |
|  | RS | Conference with attorney C. Moody and attorney W. Warner regarding settlement; drafted letter to Judge Schneider regarding settlement; | 1.20 |
|  | RS | Emails to and telephone conference with attorney J. Chasson regarding settlement conference; | 0.50 |
|  | RS | Reviewed Plaintiff's proposed jury instructions; | 0.80 |
|  | RS | Reviewed Walton depositions; | 2.40 |
|  | CMM | Reviewed trial exhibits; conference with attorney W. Warner regarding same; | 2.00 |
|  | LA | Worked on formatting jury instructions for submission; worked on exhibit list; | 4.00 |
| 03/03/04 | WW | Reviewed exhibits and exhibit lists, ordered and organized same; prepared additional jury instruction regarding single employer status, discussed jury instructions with attorneys R. Stanford and C. Moody; finalized jury instructions; reviewed and revised statement of the case; | 8.10 |
|  | RS | Drafted statement of the case; reviewed defendant's statement; emails with attorney J. Chasson regarding the same; | 0.80 |
|  | RS | Emails with attorney J. Chasson regarding jury instructions and exhibits; | 0.40 |
|  | RS | Reviewed defendant's jury instructions and supporting case law cited by defendant; | 3.90 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | CMM | Reviewed trial exhibits; conference with attorney W. Warner regarding same; | 3.00 |
| 03/04/04 | WW | Worked on finalizing exhibit list; reviewed defendant's jury instructions and discussed same with attorney R. Stanford; telephone conference with opposing counsel regarding jury instructions; reviewed and revised statement of the case; prepared 6th supplemental responses to RFP; prepared stipulated jury instructions; reviewed parts of K. Rons' deposition; prepared witness list and discussed same with attorney C. Moody; reviewed exhibits and issues for K. Majoros deposition with attorney C. Moody; | 6.90 |
|  | RS | Emails to attorney J. Chasson regarding hearing on protective order and supplemental interrogatory responses; conference with attorney W. Warner regarding the same; | 1.30 |
|  | RS | Telephonic conference with attorney W. Warner and opposing counsel regarding jury instructions; read and reviewed defendant and plaintiff's proposed jury instructions; | 2.80 |
|  | RS | Legal research regarding damages recovery; | 0.30 |
|  | RS | Reviewed and revised stipulated jury instructions; email to attorney J. Chasson regarding the same; | 0.50 |
|  | RS | Read defendant's consolidated motion in limine; | 1.50 |
|  | CMM | Worked on trial exhibits; reviewed Waste Management's exhibit list; selected exhibits for deposition of attorney K. Majoros; | 2.00 |
|  | LA | Revised Plaintiff's trial exhibit list; | 4.00 |
| 03/05/04 | WW | Finalized exhibit books and list, witness list, voir dire, jury instructions, stipulated jury instructions, letter to court; service to counsel; discussed trial strategy and divided arguments between attorneys C. Moody and R. Stanford; | 4.50 |
|  | RS | Reviewed revised exhibit list; | 0.40 |
|  | CMM | Continued reviewing deposition and exhibits to prepare for trial; | 1.50 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
| 03/07/04 | CMM | Reviewed documents and prepared for deposition of attorney K. Majoros; | 2.00 |
| 03/08/04 | WW | Discussed deposition and ruling on protective order with attorneys R. Stanford and C. Moody; prepared K. Rons deposition designations; discussed settlement issues with attorneys R. Stanford and C. Moody; | 2.70 |
|  | RS | Conferences with attorneys W. Warner and C. Moody regarding deposition of K. Majoros; | 0.50 |
|  | RS | Telephone conference with Magistrate's office regarding deposition of K. Majoros; emails and telephone conference with attonrey J. Chasson regarding same; | 0.70 |
|  | RS | Email exchanges with attorney J. Chasson regarding exhibits and other trial matters; | 0.20 |
|  | CMM | Prepared for deposition of attorney K. Majoros; began reviewing deposition of P. O'Niell; | 3.00 |
| 03/09/04 | WW | Worked on objections to deposition designations; worked on objections to exhibits; email with client regarding trial witness; | 5.10 |
|  | RS | Email exchanges with attorney J. Chasson regarding K. Rons deposition designation; | 0.30 |
|  | RS | Reviewed defendant's consolidated motion in limine; legal research cases cited by defendant; | 2.10 |
| 03/10/04 | WW | Finalized objections to exhibits; finalized objections to deposition testimony; | 1.50 |
|  | RS | Email to attorney J. Chasson regarding deposition designation of K. Rons; | 0.10 |
| 03/11/04 | WW | Reviewed defendant's motion in limine and prepared comments to same; reviewed defendant's objections to Rons' deposition designations; | 1.50 |
|  | RS | Legal research cases cited in consolidated motion in limine; 702 and 701(c) on expert testimony; EEOC charges, stray remarks, and single employer; | 4.60 |
|  | RS | Drafted responses to motion in limine; | 1.20 |

Barbara Jeana Walton

Page: 29
May 04, 2004
Account No: 314-001M
Statement No:        1

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | RS | Email exchanges with attorney J. Chasson regarding K. Rons deposition; | 0.10 |
|  | RS | Reviewed Plaintiff's objections to defendant's exhibits; legal research federal rules of evidence regarding objections to exhibits; entered applicable evidentiary rule necessitating exclusion of exhibits; | 2.00 |
|  | CMM | Revised settlement letter to Judge Schneider; | 1.00 |
| 03/12/04 | WW | Prepared and finalized response to defendant's consolidated motion in limine; telephone conference with client regarding trial and settlement strategy; divided witnesses with attorney C. Moody; | 7.50 |
|  | RS | Drafted response to all sections of WM's consolidated motion in limine; reviewed and revised changes regarding conference with attorney W. Warner; | 6.10 |
|  | CMM | Drafted subpoena and letter to attorney J. Chasson regarding same; conference with attorney W. Warner regarding trial witnesses; continued reviewing depositions to prepare for trial; | 2.50 |
|  | LA | Prepare subpoena to Waste Management, records custodian; prepare subpoena to Brown & Bain, records custodian; | 0.40 |
| 03/13/04 | WW | Worked on organizing trial documents for pretrial conference and arguments; worked on outline of J. Walton's testimony and organized documents for mailing to client; | 7.50 |
| 03/15/04 | WW | Various telephone conferences with client; attended settlement conference; reviewed K. Rons' deposition objections; discusses trial strategy and motions in limine with attorneys R. Stanford and C. Moody; worked on witness outline for plaintiff's testimony and questions for client; worked on responses to objections to exhibits; | 7.50 |
|  | RS | Legal research regarding prior EEOC charges and admissibility, lay witness and expert witness distinction; | 2.00 |
|  | RS | Conference with attorney W. Warner and C. Moody regarding settlement and legal research needed for trial; | 0.50 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
| | CMM | Attended settlement conference; reviewed trial exhibits; prepared for argument on motions in limine; | 2.50 |
| | LA | Hi-lite five copies of Plaintiff's Objections to Defendant Kathy Rons' deposition designations; | 2.00 |
| | LA | Prepare subpoena to Carol LeSage; | 0.20 |
| 03/16/04 | WW | Prepared and reviewed arguments regarding motions in limine; | 2.80 |
| | WW | Worked on responses to objections to exhibits; | 0.40 |
| | WW | Attended pretrial conference and argued witnesses, exhibits, motions in limine and other issues; | 4.10 |
| | WW | Discussed trial strategy and changes to trial plan resulting from pretrial conference with attorneys R. Stanford and C. Moody; | 1.50 |
| | WW | Email to client regarding outcomes from pretrial conference; | 0.30 |
| | WW | Revised exhibit list; | 2.10 |
| | RS | Prepared for hearing on motions in limine and other trial matters; reviewed all briefs; attended trial hearing; | 8.20 |
| | CMM | Prepared for argument on motions in limine; attended pretrial conference and argument on motion in limine; | 4.50 |
| 03/17/04 | WW | Additional revisions to exhibit list and discussed necessary exhibits with attorney C. Moody; revised objections to Rons' deposition; various email with opposing counsel regarding exhibits, Rons' deposition and related matters; email with client regarding single employer ruling; prepared written responses to defendant's objections to exhibits; reviewed defendant's revised exhibit list and email with opposing counsel; | 5.50 |
| | RS | Legal research regarding verdict cases in 10th circuit on 1981 and Title VII claims; | 2.20 |
| | CMM | Conference with attorney W. Warner regarding revised exhibit list; reviewed revised exhibit list; | 1.50 |

Barbara Jeana Walton

Page: 31
May 04, 2004
Account No: 314-001M
Statement No:        1

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | LA | Prepare amended subpoena to Carol LeSage; | 0.20 |
| 03/18/04 | WW | Email from opposing counsel and prepared joint filing regarding K. Rons deposition; | 0.50 |
|  | WW | Reviewed juror questionnaires; | 1.00 |
|  | WW | Reviewed and revised written response to objection to plaintiff's exhibits; | 1.50 |
|  | WW | Revised witness list and discussed same with opposing counsel; | 0.30 |
|  | WW | Telephone conference with client regarding trial preparation; | 0.30 |
|  | WW | Worked on plaintiff's trial testimony outline and reviewed deposition; | 5.50 |
|  | RS | Legal research regarding Rule 30(e) and deposition changes; | 3.00 |
|  | CMM | Reviewed juror questionnaires; reviewed deposition of C. Apodaca; | 2.00 |
| 03/19/04 | RS | Legal research regarding adverse employment actions in 10th circuit standard for protected activity; | 2.10 |
|  | RS | Legal research regarding cases involving compensatory damages and punitive damages under Title VII and 42 USC 1981 and assessment of ratio of the two for due process concerns; | 3.20 |
|  | WW | Worked on plaintiff's trial testimony outline; | 4.50 |
|  | WW | Discussed evidentiary objections and issues with attorney C. Moody; | 0.70 |
|  | WW | Meeting with client to prepare for trial; | 5.80 |
|  | CMM | Conference with attorney W. Warner regarding trial witnesses; conference with Ms. J. Walton regarding trial testimony; trial preparation; | 3.00 |
|  | LA | Prepare subpoena to Connie Apodaca; | 0.20 |
| 03/20/04 | WW | Meeting with client and prepared and reviewed direct exam and reviewed exhibits; | 8.00 |
|  | WW | Reviewed exhibits; | 5.00 |
|  | CMM | Reviewed exhibits and deposition and prepared for cross-examination of P. O'Neill; |  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  |  | conference with attorney W. Warner and Ms. J. Walton regarding jury selection issues; assisted in preparation of Ms. J. Walton to testify at trial; | 6.50 |
| 03/21/04 | RS | Legal research regarding constructive discharge standard; reviewed federal jury instructions; drafted preliminary jury instructions on constructive discharge; | 2.00 |
|  | WW | Meeting with client and prepared and reviewed direct exam; | 8.00 |
|  | WW | Reviewed rules of evidence; | 0.50 |
|  | WW | Prepared opening statement; | 2.50 |
|  | CMM | Reviewed deposition and exhibits and prepared cross-examination of C. Apodaca and G. Kachirsky; assisted in preparation of Ms. J. Walton to testify; reviewed jury selection materials and prepared for jury selection; | 7.00 |
| 03/22/04 | RS | Revised jury instructions on constructive discharge, including elements along with damages instructions, front pay and back pay; | 1.90 |
|  | RS | Legal research regarding recovery of nominal and punitive damages under Title VII and 42 USC 1981; need for nominal damage jury instruction, preservation of issue and requirement to submit jury instruction or request Court for award of nominal damages; reviewed cases and documented ratio of nominal damages to punitive damages awards for due process compliance; | 5.20 |
|  | WW | Trial; meeting with client in advance, argued exhibits, voir dire, opening statements, direct of plaintiff; | 11.00 |
|  | WW | Prepared for day two of trial; reviewed additional deposition testimony, exhibits, reviewed case law regarding similarly situated employees; | 7.00 |
|  | CMM | Attended trial; prepared for second day of trial; | 12.00 |
| 03/23/04 | WW | Trial; meeting with client in advance, reviewed and prepared for cross exam of client; reviewed outline for witness C. LeSage; reviewed outline for witness M. Feuer; | 17.00 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | CMM | Attended trial; prepared for third day of trial; | 12.00 |
| 03/24/04 | WW | Meeting with client; attended trial; meeting with client post-trial; reviewed legal issues for jury instructions; | 12.00 |
|  | WW | Worked on closing argument; | 4.00 |
|  | CMM | Attended trial; reviewed motion for judgment as a matter of law; researched response to same; | 12.00 |
|  | RS | Reviewed defendant's motion for directed verdict; reviewed cases cited by Defendant; | 1.30 |
|  | RS | Conference with attorney C. Moody regarding directed verdict and legal research findings; legal research what constitutes opposition and participation conduct under Title VII and 1981; what constitutes adverse employment action; | 4.00 |
|  | RS | Legal research regarding compensatory damage evidentiary requirements in 10th Circuit; | 2.00 |
| 03/25/04 | WW | Attended Trial - argued jury instructions, concluded evidence; rebuttal evidence, closing arguments; | 7.00 |
|  | WW | Waiting for jury verdict; | 4.00 |
|  | CMM | Prepared for argument on motion for judgment as a matter of law; attended trial; | 11.00 |
|  | RS | Legal research standard of proof for punitive damages in 10th circuit; mixed motive and cases and effect on liability and damages; pre-1991 Title VII cases; reviewed jury instructions on mixed motive and punitive damages; conference with attorneys C. Moody and W. Warner regarding same; | 3.80 |
|  | RS | Conference with attorneys C. Moody and W. Warner regarding trial; | 0.40 |
| 03/26/04 | WW | Waiting for jury verdict; various court appearances regarding jury questions and reading of verdict; | 6.50 |
|  | RS | Conference with client regarding trial status; | 0.40 |
|  | RS | Conference with attorneys W. Warner and C. Moody regarding trial and verdict; | 0.30 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

| | | | Hours |
|---|---|---|---|
| | RS | Legal research time for filing attorneys fees and costs; | 0.20 |
| | CMM | Attended trial and presentation of verdict; | 5.00 |
| 03/29/04 | WW | Discussed post-trial motions; discussed costs and fees applications and requests with attorneys R. Stanford and C. Moody; | 1.00 |
| | WW | Prepared post-trial questionnaires for jurors and attempted to contact jurors; | 0.80 |
| | RS | Reviewed proposed jury questionnaires; conference with attorneys C. Moody and W. Warner regarding same; | 0.40 |
| 03/30/04 | WW | Telephone conference with Juror C. Meine; | 0.50 |
| | WW | Attempted to locate other jurors; | 0.30 |
| | WW | Debriefed juror feedback with attorneys C. Moody and R. Stanford and discussed how feedback relates to appeal and new trial strategy; | 1.00 |
| | RS | Conference with attorneys C. Moody and W. Warner regarding jury feedback; | 0.40 |
| 03/31/04 | WW | Discussed juror feedback from E. Van with attorney C. Moody; | 0.30 |
| | WW | Telephone conference with K. Gonzales regarding hearing on entry of judgment; | 0.10 |
| | WW | Telephone conference with N. Ackerman regarding hearing on entry of judgment; | 0.10 |
| 04/01/04 | RS | Legal research local New Mexico cases on attorneys fees and reasonable rates; | 3.20 |
| | RS | Legal research tolling of motions for costs and fees when post trial motions filed; reviewed local rules on motions for costs and fees; | 2.60 |
| 04/02/04 | WW | Reviewed order vacating hearing and requiring form of judgment from plaintiff; | 0.10 |
| 04/05/04 | WW | Legal research prejudgment interest; legal research post judgment interest and researched applicable rate; drafted final judgment and email to opposing counsel for review; | 2.50 |
| | WW | Various email with client regarding status; | 0.20 |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  |  | Hours |
|---|---|---|---|
|  | WW | Reviewed part of attorney fee itemization and discussed same with attorneys R. Stanford and C. Moody; | 1.50 |
|  | RS | Legal research regarding rate of post judgment interest; | 1.20 |
| 04/06/04 | WW | Reviewed changes to Judgment from attorney J. Chasson, made revisions to Judgment and emailed same to attorney J. Chasson; discussed appeal strategy with attorneys C. Moody and R. Stanford; | 2.50 |
| 04/07/04 | WW | Finalized judgment for filing with court; | 0.10 |
| 04/09/04 | WW | Reviewed docket regarding judgment; | 0.10 |
| 04/12/04 | WW | Reviewed judgment and calendared related deadlines; | 0.20 |
| 04/15/04 | WW | Worked on review of attorney fee entries for fee request; | 1.00 |
| 04/23/04 | WW | Discussion anticipated motion issues with attorneys R. Stanford and C. Moody; | 0.50 |
| 04/24/04 | RS | Reviewed copy of renewed motion for judgment as matter of law; | 0.40 |
| 04/26/04 | WW | Reviewed defendant's post-trial motion discussed same with attorneys R. Stanford and C. Moody; legal research compensatory damages in discrimination cases; | 1.50 |
|  | CMM | Began reviewing motion for new trial; | 1.50 |
| 04/27/04 | RS | Conference with attorney C. Moody and W. Warner regarding costs and fees, affidavits; | 0.30 |
|  | RS | Reviewed affidavits in other fee cases; | 0.30 |
|  | RS | Drafted three proposed affidavits regarding fees; | 2.10 |
|  | WW | Legal research regarding damages; | 1.00 |
|  | CMM | Continued reviewing motion for new trial; | 1.00 |
| 04/28/04 | RS | Revised affidavits; drafted affidavits for attorney D. Foster; | 0.70 |
| 04/29/04 | WW | Reviewed and revised affidavits of W. Warner, D. Foster and R. Stanford in support of motion for attorneys fees; reviewed list and |  |

Barbara Jeana Walton

WASTE MANAGEMENT OF NM, INC.

|  |  | Hours |
|---|---|---|
| | description of attorneys fees; | 1.00 |
| RS | Drafted and revised motion to tax costs; legal research recovery of costs for copying, research, telefax, postage and other matters under Rule 54 and 28 USC 1920 and 42 USC 1988; reviewed entire cost bill and redacted costs not recoverable; | 5.30 |
| RS | Conference with attorney W. Warner and attorney C. Moody regarding costs and fees; | 0.20 |
| CMM | Reviewed and revised various affidavits for use with motion for attorneys fees; emailed attorney D. Foster regarding affidavit; began working on response to motion for new trial; | 2.20 |
| 04/30/04 WW | Telephone conference with attorney B. Madison regarding fee affidavit; reviewed and revised Madison fee affidavit; reviewed W. Warner affidavit regarding costs; legal research regarding compensatory damages in similar cases; | 2.40 |
| RS | Drafted affidavit for attorney W. Madison; | 0.50 |
| RS | Legal research attorneys fees recovery, lodestar and standards for hours expended and reasonable community rates; | 2.60 |
| RS | Drafted motion and memorandum on attorneys fees; | 5.20 |
| CMM | Conference with attorneys W. Warner and R. Stanford regarding attorney fee motion and response to motion for new trial; began working on motion for new trial; | 1.50 |
| | For Current Services Rendered | 1078.50 |

Recapitulation

| Timekeeper | Hours | Total |
|---|---|---|
| Christopher M. Moody | 150.10 | $0.00 |
| Whitney Warner | 611.70 | 0.00 |
| Repps Stanford | 297.70 | 0.00 |
| Legal Assistant | 18.50 | 0.00 |
| Old Firm TimeKeeper Records Combine | 0.50 | 0.00 |

Balance Due                                              $0.00